# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CHARLENE GRAY**                                                                    **PLAINTIFF**

**V.**                                                                                       **NO. 4:18-CV-117-DMB-JMV**

**WAL-MART STORES EAST, LP, et al.**                                    **DEFENDANTS**

## ORDER CLOSING CASE

On February 20, 2019, the Court was notified by e-mail that the parties reached a settlement in this case. Accordingly, the Clerk of the Court is directed to **CLOSE** this case on the Court's docket.

**SO ORDERED**, this 3rd day of May, 2019.

                                                      /s/Debra M. Brown
                                                      **UNITED STATES DISTRICT JUDGE**